PATTERSON v. PARKER & CO.

No. 526

Case below: 2 N.C. App. 43.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 October 1968.

STATE v. BROOKS

No. 688

Case below: 2 N.C. App. 115.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 9 October 1968.

STATE v. MARTIN

No. 2

Case below: 2 N.C. App. 148.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 October 1968.

STATE v. MERCER

No. 251

Case below: 2 N.C. App. 152.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 15 October 1968.

STATE v. WILLIAMS

No. 412

Case below: 2 N.C. App. 194.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 9 October 1968.